# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0928

VERSUS

CLARENCE JOSEPH JACK                          **DECEMBER 4, 2024**

---

In Re:    Clarence Joseph Jack, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2009-181570.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT GRANTED.** The district court is ordered to act on relator's Motion to Correct an Illegal Verdict and Illegal Sentence, filed June 17, 2024, on or before January 3, 2025. The original of the writ application will be forwarded to the district court clerk of court.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT